RECEIVED
IN LAKE CHARLES, LA

SEP 21 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| BABATUNDE AJISAFE LAWAL | CIVIL ACTION NO. 06-0010 |
| VS. | SECTION P |
| UNITED STATES OF AMERICA | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that to the extent plaintiff's claims are construed within a civil rights context, his complaint against the United States of America be **DISMISSED WITH PREJUDICE** as the claims against the defendant lack an arguable basis in law and are recommended dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii) and 28 U.S.C. § 1915A(b)(2).

**IT IS FURTHER ORDERED** that to the extent that plaintiff's claims are construed as arising pursuant to the FTCA, this action be **DISMISSED WITH PREJUDICE** as same is barred by the § 2680(c) exception of the FTCA.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this _____ day of _____, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE